[Nos. 68252-1-I; 69150-3-I;   Division One.   May 28, 2013.]
68457-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD DEAN
BECKER-LOEPNITZ, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 10-1-08522-6, Dean Scott Lum, J., entered
December 30, 2011. *Dismissed* by unpublished per curiam
opinion.

[No. 68513-9-I.   Division One.   May 28, 2013.]

TERRENCE J. MULLAN, *Individually and as Personal
Representative, Appellant*, v. NORTH CASCADE
CARDIOLOGY, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 11-2-05177-4, Donald E. Eaton, J., entered
February 22, 2012. *Affirmed* by unpublished opinion per
Spearman, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 68547-3-I.   Division One.   May 28, 2013.]

COMMONWEALTH LAND TITLE INSURANCE COMPANY ET AL.,
*Appellants*, v. SOUNDBUILT NORTHWEST, LLC,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-09599-9, Richard McDermott, J., entered
March 16, 2012. *Reversed* and *remanded with instructions*
by unpublished opinion per Lau, J., concurred in by Becker
and Schindler, JJ.

[No. 68623-2-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
SEHORN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-1-01187-4, Michael Heavey, J., entered
March 13, 2012. *Dismissed* by unpublished per curiam
opinion.